UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

       Plaintiff,                  Case No. 1:10-cv-1300

v.

                                    Honorable Paul L. Maloney

WILLIE O. SMITH et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.

Dated: November 1, 2011            /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge